CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ERFAN AASI,

                            Plaintiff,

        v.

JOSEPH B. EDLOW, Director, United States
Citizenship and Immigration Services,

                            Defendant.

Case No. 3:25-cv-09531-AGT

**STIPULATION TO STAY PROCEEDINGS;
AND [PROPOSED] ORDER**

On April 7, 2026, the Court granted the parties' stipulation to extend time for Defendant's response to Plaintiff's amended complaint, setting the due date for Defendant's response by April 20, 2026. Dkt. No. 16. Plaintiff filed this action seeking adjudication of his Form I-485, Application to Register Permanent Residence or Adjust Status. United States Citizenship and Immigration Services ("USCIS") needs additional time to take action on Plaintiff's Form I-485 by either adjudicating or issuing a notice on Plaintiff's application. The parties conferred and agree that judicial economy would best be served by staying the litigation deadlines in this case for a limited time to allow the agency additional time to take action on Plaintiff's application.

        Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

Stipulation
Case No. 3:25-cv-09531-AGT                              1

June 19, 2026, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: April 20, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: April 20, 2026

/s/ Rahul Reddy
RAHUL REDDY
RN Law Group
Attorney for Plaintiff

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  April 22, 2026

HON. ALEX G, TSE
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.